**FILED**
September 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **PHILIP M. ROSS and JO ANN RIVERA,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY OF SAN ANTONIO *et al.*,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL NO. SA-26-CV-4381-OLG** |
| **PHILIP M. ROSS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF SAN ANTONIO *et al.*,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL NO. SA-26-CV-4904-OLG** |
| **PHILIP M. ROSS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF SAN ANTONIO *et al.***<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL NO. SA-26-CV-5040-OLG** |

**ORDER**

Pending before the Court are the above-captioned cases. In the second-filed case, SA-26-CV-4904-OLG, the parties filed an Agreed Motion to Consolidate Related Actions (Dkt. No. 9), wherein they agree that these matters involve common questions of law and fact and should be consolidated. *See* Dkt. No. 9. The Court agrees. The Motion (Dkt. No. 9) is therefore **GRANTED** as set forth below:

**IT IS ORDERED** that Nos. SA-26-CV-4904-OLG and SA-26-CV-5040-OLG be consolidated into the lead case, No. SA-26-CV-4381-OLG, which was filed first.

**IT IS FURTHER ORDERED** that all future filings in relation to these cases be filed under No. SA-26-CV-4381-OLG.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Nos. SA-26-CV-4904-OLG and SA-26-CV-5040-OLG pending further order of the Court. Any motions outstanding in these cases are **DISMISSED AS MOOT** but may be re-urged in the lead case, if necessary.

In light of the consolidation, **IT IS ORDERED** that, by **October 1, 2026**, Plaintiffs shall file an amended pleading in the lead case setting forth each claim they intend to assert against each Defendant. Defendants shall file a responsive pleading within **21 days thereafter**.

**IT IS SO ORDERED**.

**SIGNED** on September 2, 2026.

ORLANDO L. GARCIA
United States District Judge